THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTERFER FRICK, <br><br> Defendant. | No. 2:21-cr-00110-RAJ <br><br> ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court on Defendant Christerfer Frick's Motion for a Continuance of the Trial Date. The Court has considered the reasons for the motion and the file herein.

The Court finds that the defense counsel on behalf of the defendant needs additional time to investigate the evidence supporting the charges brought by the government in this matter and in the related supervised release matter under Case No. CR12-062RAJ, determine the need for any pretrial motions pertaining to the evidence, and prepare for trial.

Based on these findings, the Court concludes that the continuance of the trial date sought by the parties serves the ends of justice. Further, the ends of justice served by a continuance of this matter from August 30, 2021 outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare

could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court notes the defendant has declined to file a speedy trial waiver in support of the motion to continue trial date.  Defendant apparently acknowledges that a continuance is in fact necessary, and therefore the Court makes a determination that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the motion (Dkt. # 18) is GRANTED.  The trial date in this matter is continued to March 28, 2022.  All pretrial motions, including motions in limine, shall be filed no later than February 10, 2022.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of March 28, 2022, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7).

DATED this 9th day of August, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2