# EXHIBIT B

 UNITED STATES POSTAL INSPECTION SERVICE

SEATTLE DIVISION

PAGE _1_ OF _6_

## SEARCH WARRANT PHOTO LOG

| DATE / TIME: | May 11, 2021   3:40pm |
|---|---|
| CASE NO. | 336 0571-PuN |
| CASE INSPECTOR: | Fischlin |
| SEARCH LOCATION: | Granite Falls PD. |
| PHOTOGRAPHER: | E. J Winsor |
| ASSIST: | M. Vaniele |

| PHOTO #: | ROOM: | DESCRIPTION: |
|---|---|---|
| 1 | Car | Rear |
| 2 | " | " |
| 3 | " | Passenger Side |
| 4 | " | Drivers Side |
| 5 | " | Front |
| 6 | interior | Front Drives |
| 7 | interior | Back Drivers |
| 8 | Trunk | Trunk inside |
| 9 | interior | Passenger Front |
| 10 | interior | Passenger rear |

PAGE 2 OF 6

DATE/TIME: May 11, 2021
LOCATION: 1015 SD Stanley St, Granite Falls. Granite Falls PD

| PHOTO #: | ROOM: | DESCRIPTION: |
|---|---|---|
| 11 | Car | rear Seat Amazon Mailer plastic w/ PO Box |
| 12 | Car | rear Seat Amazon mailer, plastic |
| 13 | Car | rear Seat Amazon mailer Brown card board |
| 14 | Car | purse inside in Front passage side of car Drug paraphernalia in pink case |
| 15 | Car | Inside purse in Front passenger side pink case |
| 16 | Car | Cell phone in center console |
| 17 | Car | cell phone from center console |
| 18 | Car | Lg phone from center console |
| 19 | Car | photo of plaintiff from LG phone code 91319 "Chris" |
| 20 | Car | Front passenger Glove Box Samsung phone |
| 21 | Car | Samsung Cell phone model su-767 |
| 22 | Car | Back driver Floor inside black case debit cards insurance, casino card |
| 23 | on Edwards' person | From wallet w/ Bear & star WA DLs (4) Bank cards |
| 24 | on Edwards person | Bank cards. |
| 25 | on Edwards person | Drivers license |

USPIS SEARCH WARRANT PHOTO LOG - CONTINUED

000002

PAGE _5_ OF _6_

| DATE / TIME: | May 11, 2021 |
| LOCATION: | Granite Falls, east WA. |

| PHOTO #: | ROOM: | DESCRIPTION: |
|---|---|---|
| 26 | on Edwards' person | Drivers licenses |
| 27 | On Edwards' person | Driver's licenses. |
| 28 | Car | Exterior Front interior Drivers |
| 29 | Car | Interior Rear |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

USPIS SEARCH WARRANT PHOTO LOG - CONTINUED

000003

PAGE 4 OF 6

Green & yellow outbuilding

| | | |
|---|---|---|
| DATE/TIME: | May 11, 2021 | 4:30 pm |
| LOCATION: | 1013 S. Stanly, Granite Falls, WA | |

| PHOTO #: | ROOM: | DESCRIPTION: |
|---|---|---|
| 30 | N/A | placard |
| 31 | Exterior | Front |
| 32 | Exterior | Porch |
| 33 | Exterior | Entrance |
| 34 | Rm "A" | Sign |
| 35 | RMA | overall "Living" area" |
| 36 | RMA | overall |
| 37 | RMA | Towards Stairs |
| 38 | RmB | From Rm A |
| 39 | RmB | Overall "Pantry" |
| 40 | RmB | Overall |
| 41 | RmC | From Bottom of Stairs |
| 42 | RmC | Room C Sign |
| 43 | RmC | overall from Top of Stairs |
| 44 | RmC | overall |

USPIS SEARCH WARRANT PHOTO LOG - CONTINUED

000004

PAGE 5 OF 6

green
& Yellow
outbuildings

DATE/TIME: May 11, 2021
LOCATION: 0'013 W. Stanley, Granite Falls, Wat 98252

| PHOTO #: | ROOM: | DESCRIPTION: |
|---|---|---|
| 45 | RMC | Overall towards Stairs. |
| 46 | RMA | Postal Supplies under couch |
| 47 | RMA | Postal Supplies under couch |
| 48 | RMA | Envelope Mr. Holdem unopened. PO 69214, Seattle Wa 98168 |
| 49 | RMA | Mr. Holdem parcel opened by investigator |
| 50 | RMA | Mr Holdem Parcel inside Interior white envelope. |
| 51 | RMA | Mr. Holdem Parcel white interior envelope |
| 52 | RMA | Four opened parcels from under couch. Bastamin, Hautser, Pate, icho |
| 53 | RMC | Drug paraphernalia on top of table |
| 54 | RMC | Pill Bottle in Dresser Drawer |
| 55 | RMC | close up of pill Bottle |
| 56 | RMC | Drug paraphernalia on table. |
| 57 | RMC | Pill bottle close up |
| 58 | RMA | Display case |
| 59 | RMA | Display case. |

PAGE __6__ OF __C__

DATE / TIME: May 11, 2021
LOCATION: 1015 W Stanley St   Granite Falls, WA 98252

| PHOTO #: | ROOM: | DESCRIPTION: |
|---|---|---|
| 60 | RM&A | Brown wood container m Atrophy Case. |
| 61 | RM&A | M30 pills from Brown container |
| 62 | RMA | Amazon mailer TOH charger inside |
| 63 | RMA | TOH envelope. |
| 64 | RMA | TOH |
| 65 | RMA | TOH |
| 66 | RMC | Overview |
| 67 | RMC | "C" Sign. From Stairs. |
| 68 | RMB | "B" Sign |
| 69 | RMB | "B" Sign. |
| 70 | RMA | Overview w/ Sign |
| 71 | RMA | Warrant & inventory. |
| 72 | Exterior | Exterior door Green ; Yellow outside dry |
| 73 | " | " |
|  |  |  |

OSHS SEARCH WARRANT PHOTO LOG - CONTINUED