Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR21-110RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH OPENING BRIEF RE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |
| CHRISTERFER FRICK, | |
| Defendant. | |

THIS MATTER comes before the court on Defendant's Motion to File an Overlength Opening Brief regarding Defendant's Motion to Suppress Evidence. For the reasons stated therein and based on the court's review of the documents, it is hereby

ORDERED that Defendant's Motion to File an Overlength Opening Brief regarding Defendant's Motion to Suppress Evidence (Dkt. # 30) is GRANTED.

DATED this 22nd day of November, 2021.

*[signature: Richard A. Jones]*

RICHARD A. JONES
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR OVERLENGTH BRIEF - 1

LAW OFFICE OF PAULA T. OLSON
4020 NO. VASSAULT ST.
TACOMA, WASHINGTON 98407
(253) 777-5716