Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTERFER FRICK, <br><br> Defendant. | CASE NO. CR21-110RAJ <br><br> ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT 1 TO DECLARATION OF JOHN SHEERAN RE DFENDANT'S MOTION TO SUPPRESS EVIDENCE |

THIS MATTER comes before the court on Defendant's Motion to Seal Exhibit 1of Declaration of John Sheeran in Support of Defendant's Motion to Suppress Evidence. For the reasons stated therein and based on the court's review of the documents, it is hereby

ORDERED that Defendant's Motion to Seal Exhibit 1 to Declaration of John Sheeran in Support of Defendant's Motion to Suppress Evidence (Dkt. # 32) is GRANTED.

DATED this 22nd day of November, 2021.

RICHARD A. JONES
United States District Judge