Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTERFER FRICK, <br><br> Defendant. | CASE NO. CR21-110RAJ <br><br> ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH REPLY BRIEF RE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

THIS MATTER comes before the court on Defendant's Motion to File an Overlength Reply Brief to Government's Opposition to Defendant's Motion to Suppress Evidence and for *Franks* Hearing. For the reasons stated therein and based on the court's review of the documents, it is hereby

ORDERED that Defendant's Motion to File an Overlength Reply Brief regarding Defendant's Motion to Suppress Evidence (Dkt. # 41) is GRANTED.

DATED this 25th day of January, 2022.

_____
RICHARD A. JONES
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO FILE
OVERLENGTH REPLY BRIEF - 1

LAW OFFICE OF PAULA T. OLSON
4020 NO. VASSAULT ST.
TACOMA, WASHINGTON 98407
(253) 777-5716