JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTERFER FRICK,<br><br>　　　　　　　　Defendant. | No. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

　　　THIS MATTER comes before the court on Defendant Christerfer Frick's Motion for a Continuance of the Trial Date.  The court has considered the reasons for the motion, the agreement of the United States, and the file herein.

　　　The court finds that the defendant needs additional time to investigate the additional evidence supporting the charges brought by the government in this matter, determine the need for any additional pretrial motions pertaining to the evidence, and prepare for trial.

　　　Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice.  Further, the ends of justice served by a continuance of this matter from March 28, 2022 outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  Proceeding to trial absent adequate time for the defense to prepare could result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).  Taking

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL DATE – Page 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com

into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation for her defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is hereby

ORDERED that Defendant Christerfer Frick's Motion to Continue the Trial Date (Dkt. 47) is GRANTED. The trial date in this matter is continued to August 1, 2022.

IT IS FURTHER ORDERED that the time from the date of this order to the new trial date of August 1, 2022, shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 3rd day of March, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL DATE – Page 2

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com