The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTERFER FRICK,<br><br>Defendant. | NO. CR21-110 RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO RE-NOTE DEFENDANT'S MOTIONS IN LIMINE |

THE COURT has considered the stipulated motion to re-note Defendant's motions in limine. Having reviewed the stipulated motion and the record, the Court finds that the request to re-note the defense motion is appropriate.

IT IS ORDERED that the Defendant's Motions in Limine (Dkt. 46) is re-noted for March 18, 2022, with any response by the government due by March 16, 2022.

DATED this __8th__ day of March, 2022.

*(signature)*

RICHARD A. JONES
United States District Judge

Presented by:

*s/ Casey S. Conzatti*
CASEY S. CONZATTI
Assistant United States Attorney

Order Granting Stipulated Motion to Re-Note Defendant's Motion in Limine - 1
*United States v. Frick,* CR21-110 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970