Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

CHRISTERFER FRICK,

Defendant.

NO. CR21-110 RAJ

ORDER GRANTING UNOPPOSED
MOTION TO RE-NOTE DEFENDANT'S
MOTIONS IN LIMINE

THE COURT has considered the unopposed motion to re-note Defendant's
motions in limine.  Having reviewed the stipulated motion and the record, the Court finds
that the request to re-note the defense motion is appropriate.

IT IS ORDERED that the unopposed motion (Dkt. 53) is GRANTED.
Defendant's Motions in Limine (Dkt. 46) is re-noted for May 6, 2022, with any response
by the government due by May 3, 2022.

DATED this 30th day of March, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO RE-NOTE DEFENDANT'S MOTIONS IN LIMINE - 1
*United States v. Frick* / CR21-110 RAJ