The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTERFER FRICK,<br><br>Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

  THIS COURT has considered the facts and circumstances contained in the government's Unopposed Motion to Continue Trial. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of facts, the government's Motion (Dkt. 59) is GRANTED.

  THE COURT FINDS, for all of the reasons set forth by the parties, that the failure to grant a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

  THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself without a continuance of the trial. *See id.* § 3161(h)(7)(B)(ii).

ORDER CONTINUING TRIAL DATE
*U.S. v. Frick* / 2:21-cr-00110-RAJ - 1

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

1   THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B),
2  that the ends of justice served by continuing the trial in this case outweigh the interest of
3  the public and of the Defendant in a more speedy trial.
4   IT IS THEREFORE ORDERED that the trial in this case shall be continued until
5  September 26, 2022.
6   IT IS FURTHER ORDERED that the period of time from the date of this Order,
7  up to and including the new trial date of September 26, 2022, shall be excludable time
8  under 18 U.S.C. § 3161(h)(7)(A).

10   DATED this 5th day of May, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
*U.S. v. Frick* / 2:21-cr-00110-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970