Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTERFER FRICK,<br><br>　　　　　　　　Defendant. | No. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH REPLY BRIEF |

THIS MATTER comes before the Court on Defendant's Motion to File an Overlength Reply Brief regarding Defendant's Motion for Reconsideration of Court's Order Denying Defendant's Motion to Suppress and Motion for *Franks* hearing. For the reasons stated therein and based on the Court's review of the documents,

It is hereby ORDERED that Defendant's Motion to File an Overlength Reply Brief (Dkt. 57) is GRANTED.

DATED this 25th day of May, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER ON DEFENDANT'S MOTION
TO FILE OVERLENGTH BRIEF  – 1

LAW OFFICES OF JOHN SHEERAN
705 South 9th Street, Suite 202
Tacoma, Washington 98405
(253) 468-9794