THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00110-RAJ |
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION |
| CHRISTERFER FRICK, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant's Motion for Reconsideration of the Court's Order Denying Defendant's Motion to Suppress Evidence.  Dkt. 55.

"Motions for reconsideration are strongly disfavored."  W.D. Wash. Local Crim. R. 12(b)(13).  "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  *Id.*

Having considered Defendant's Motion (Dkt. 55), the government's Response in Opposition (Dkt. 56), Defendant's Reply (Dkt. 58), and the files and pleadings herein, the Court finds that the Defendant has failed to demonstrate manifest error, and has presented no new evidence to justify reversal of the Court's prior decision.  Therefore, the Defendant's Motion for Reconsideration (Dkt. 55) is **DENIED**.

DATED this 25th day of May, 2022.

HON. RICHARD A. JONES
United States District Judge

ORDER - 1