The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTERFER FRICK,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

Having considered the Government's Motion to Seal and because of the sensitive information contained in the medical records,

It is hereby ORDERED that the Motion to Seal (Dkt. 70) is GRANTED. The medical records of the defendant shall remain sealed.

DATED this 22nd day of July, 2022.

*[signature]*

HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Frick,* 2:21-cr-110-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970