The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTERFER FRICK,<br><br>　　　　　　Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR PERMISSION TO FILE SURREPLY |

The Court, having reviewed the Government's Motion for Permission to File Surreply and the Defendant's Response, enters the following Order:

IT IS HEREBY ORDERED that the Motion (Dkt. 75) is GRANTED. The Government may file a surreply to the Defendant's Reply Regarding a Second Motion to Review Detention Order no later than July 27, 2022, Defendant may file a response to the Government's surreply no later than July 29, 2022, and the Second Motion to Review Detention Order is renoted for July 29, 2022.

DATED this 22nd day of July, 2022.

*[signature]*

HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO FILE A SURREPLY
(*United States v. Frick* / 2:21-cr-00110-RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970