The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTERFER FRICK,<br><br>Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO THE GOVERNMENT'S SURREPLY |

THIS MATTER has come before the Court on the motion to seal Exhibit 1 to the United States' Surreply. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit 1 to the United States' Surreply, due to the sensitive information contained therein.

///

///

///

///

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Christerfer Frick,* 2:21-cr-00110-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 80) is GRANTED.
2  Exhibit 1 to the United States' Surreply shall remain under seal.
3  DATED this 3rd day of August, 2022.

*[Signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
United States v. Christerfer Frick, 2:21-cr-00110-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970