UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTERFER FRICK, <br><br> Defendant. | CASE NO. **2:21-cr-00110-RAJ** <br><br> **ORDER DENYING MOTION FOR NEW COUNSEL** |

Defendant moves for appointment of new counsel. Dkt. 85. Defendant is represented by two court appointed lawyers. On June 10, 2021, he was arrested on a complaint alleging he possessed controlled substances with the intent to distribute. The complaint alleged Defendant is on federal supervised release in case number CR12-0062RSL for conspiracy to distribute controlled substances and counterfeiting. On May 17, 2021, Defendant's residence was searched pursuant to a search warrant. Law enforcement found over 900 grams of heroin, 1241 grams of fentanyl and 545 grams of mixture containing both drugs. Law enforcement interviewed Defendant that day and he admitted receiving the drugs from a person working with a Mexican drug cartel, that Defendant was to keep the drugs safe, and then mail the drugs to others.

Following his arrest on the complaint, Defendant appeared, was ordered detained by the Honorable S. Kate Vaughan; he was subsequently indicted with one count of possession of a

ORDER DENYING MOTION FOR NEW
COUNSEL - 1

controlled substance with intent to deliver. On July 20, 2021, Defendant appeared for a detention review hearing on his supervised release matter, CR12-062-RSL. His motion for release was denied. On August 8, 2021, Defendant moved to continue his trial date. The motion was granted, and trial was reset.

On August 24, 2021, Defendant moved for review of the Detention Order issued in the case. On September 15, 2021, the Honorable Richard A. Jones denied the motion to review the Detention Order. On September 15, 2021, Defendant moved for new counsel. The Court denied the motion.

On November 9, 2021, Defendant moved to suppress evidence obtained from the search of Defendant's residence. The Court denied the motion on February 9, 2022. On February 16, 2022, Defendant's counsel filed motions in limine. The Court granted an unopposed motion to continue trial to August 1, 2022; trial has subsequently been reset for September 26, 2022.

On April 6, 2022, Defendant filed a motion requesting the Court reconsider its order denying suppression of evidence. On May 25, 2022, the Court denied the motion to reconsider. On July 5, 2022, Defendant's counsel filed a second motion for review of the detention order.

On August 3, 2022, Defendant filed the present motion for new counsel. The motion states it is "made at the direction of the defendant and is due to a breakdown of the attorney-client relationship." This conclusory statement provides no basis for appointment of new counsel. Defendant has been represented by two court appointed lawyers for over a year. The docket establishes defense counsel have continually attempted to secure Defendant's release from custody. Defense counsel have also moved to suppress the evidence seized from Defendant's residence. Their lack of success is not grounds for new counsel.

The Court accordingly DENIES the motion for new counsel (Dkt. 85). The clerk shall

ORDER DENYING MOTION FOR NEW
COUNSEL - 2

provide a copy of the order to the parties and to the assigned District Judge.

DATED this 11th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge