Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CHRISTERFER FRICK,<br><br>　　　　　　　　Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER |

The Court is in receipt of Defendant Christerfer Frick's *pro se* "Motion for Temporary Release Order and for Preliminary Injunction" (Dkt. 94) and "Declaration of Christerfer A. Frick in Support of Second Motion to Review Detention Order" (Dkt. 95).

Mr. Frick is currently represented by counsel, Paula Olson and John Sheeran. As such, Mr. Frick is not permitted to submit *pro se* filings unless he complies with the requirements of Local Civil Rule 83.2(b)(5). *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Rules W.D. Wash. LCR 83.2(b) for criminal proceedings). Accordingly, the Court declines to consider Mr. Frick's Motion for Temporary Release Order and for Preliminary Injunction and orders that it be STRICKEN.

///
///
///
///

ORDER - 1

On August 17, 2022, the Court denied Defendant's Second Motion for Review of Detention Order. Dkt. 92. Not only is Mr. Frick's *pro se* submission not permitted as set forth above, but the declaration is untimely and will not be considered by the Court.

DATED this 22nd day of August, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2