1                                                    The Honorable Richard A. Jones

2

3

4

5

6                    UNITED STATES DISTRICT COURT FOR THE
7                    WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE
8

9    UNITED STATES OF AMERICA,                    NO. 2:21-cr-00110-RAJ

10                         Plaintiff,

11             v.                                  ORDER CONTINUING
                                                   TRIAL DATE
12   CHRISTERFER FRICK,

13                         Defendant.

14

15        THIS MATTER comes before the Court upon the motion by defense counsel to

16   continue the trial date, which is unopposed by the government.  The motion is opposed

17   by Defendant Christerfer Frick.  Having considered the facts and circumstances as set

18   forth in defense counsel's motion, which are incorporated herein by reference and

19   adopted as findings of fact, the motion to continue trial date (Dkt. 97) is GRANTED.

20        THE COURT FINDS, for all of the reasons set forth by defense counsel, that the

21   failure to grant a continuance would deny counsel for the defendant the reasonable time

22   necessary for effective preparation, taking into account the exercise of due diligence.  *See*

23   18 U.S.C. § 3161(h)(7)(B)(iv).

24        THE COURT FURTHER FINDS that a continuance of the trial date serves the

25   ends of justice and outweighs the best interests of the public and the defendant in a more

26   speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(4) and (h)(7)(A) and

27   (B).

28

ORDER CONTINUING TRIAL DATE
*U.S. v. Frick* / 2:21-cr-00110-RAJ - 1

1    THE COURT FURTHER FINDS that proceeding to trial before the defendant is

2  physically capable of standing trial could result in a miscarriage of justice. 18 U.S.C. §

3  3161(h)(7)(B)(i).  Taking into account the exercise of due diligence, a continuance is

4  necessary to allow the defendant to obtain the necessary medical and dental care to be

5  physically capable of standing trial and to be fully prepared for trial. 18 U.S.C. §

6  3161(h)(7)(B)(iv).

7    IT IS THEREFORE ORDERED that the motion (Dkt. 97) is GRANTED.  The

8  trial date is continued from September 26, 2022 to February 13, 2023.

9    IT IS FURTHER ORDERED that the period of time from the date of this Order,

10  up to and including the new trial date of February 13, 2023, shall be excludable time

11  under 18 U.S.C. § 3161(h)(7)(A).

12    IT IS FURTHER ORDERED that no later than October 15, 2022, and every 30

13  days thereafter until the date of trial, counsel for defendant shall file a status report under

14  seal setting forth defendant's current physical condition and the testing and treatment that

15  has been and is being undertaken to address defendant's medical and dental issues.

16

17    DATED this 30th day of August, 2022.

18

19

20    The Honorable Richard A. Jones
     United States District Judge

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL DATE
*U.S. v. Frick* / 2:21-cr-00110-RAJ - 2