Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTERFER FRICK, <br><br> Defendant. | NO. 2:21-cr-00110-RAJ <br><br> ORDER |

The Court has reviewed Defendant Christerfer Frick's September 6, 2022 motion and related filing in which he requests that the undersigned judge recuse from this case (Dkts. 100, 101). In accordance with Local Rule W.D. Wash. 3(f), which applies to criminal matters pursuant to LCrR 1(a), the undersigned judge has reviewed Defendant's motion and related filing and declines to voluntarily recuse from this action. In accordance with LCR 3(f), the Court refers this motion to the Honorable David G. Estudillo in his capacity as the Chief Judge of the United States District Court for the Western District of Washington.

DATED this 13th day of September, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1