Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:21-cr-00110-RAJ |
| Plaintiff, | ORDER |
| v. | |
| CHRISTERFER FRICK, | |
| Defendant. | |

The Court is in receipt of Defendant Christerfer Frick's *pro se* "Amended Motion to Dismiss Under 18 U.S.C. § 3161(C)(1) Violation of Speedy Trial Rights, and Fifth Amendment Violations for Conditions of Confinement that Constitute Cruel and Unusual Punishment" (Dkt. 106) and *pro se* request to refer Defendant's Amended Motion to Dismiss to Chief Judge David G. Estudillo (Dkt. 107).

Mr. Frick is currently represented by counsel, Paula Olson and John Sheeran. As such, Mr. Frick is not permitted to submit *pro se* filings unless he complies with the requirements of Local Civil Rule 83.2(b)(5). *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Rules W.D. Wash. LCR 83.2(b) for criminal proceedings). Accordingly, the Court declines to consider Mr. Frick's Amended Motion to Dismiss Under 18 U.S.C. § 3161(C)(1) Violation of Speedy Trial Rights, and Fifth Amendment Violations for Conditions of Confinement that Constitute Cruel and Unusual Punishment and his

ORDER - 1

request to refer the Amended Motion to Dismiss to Chief Judge David G. Estudillo, and orders that they be STRICKEN.

DATED this 11th day of October, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2