The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:21-cr-00110-RAJ |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| CHRISTERFER FRICK, | |
| Defendant. | |

THIS COURT has considered the facts and circumstances addressed in court on December 14, 2022 regarding Defendant Christerfer Frick's oral motion for a continuance of the trial date.

THE COURT finds that a failure to grant an extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). The COURT also finds that proceeding to trial before the defendant is physically capable of standing trial could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interest of the public and the defendant in a speedy trial.

ORDER CONTINUING TRIAL
*United States v. Frick,* 2:21-cr-00110-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      Accordingly, THE COURT ORDERS that the trial date be continued to March 20,
2  2023.
3      IT IS FURTHER ORDERED that the period of time from the date of this Order until
4  the new trial date of March 20, 2023, shall be excludable time pursuant to the Speedy Trial
5  Act, 18 U.S.C. § 3161(h)(7)(A).

7      DATED this 22nd day of December 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL
*United States v. Frick,* 2:21-cr-00110-RAJ - 2