Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FRICK,<br><br>Defendant. | No. 2:21-cr-00110-RAJ<br><br>DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the parties' joint motion for entry of a discovery protective order, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. **Protected Material.** For purposes of this Order, "Protected Materials" shall include (1) Grand Jury testimony; (2) witness statements; (3) tax information; (4) financial information; (5) subscriber information (including phone and utility subscriber information for third parties); and (6) other personal identifying information ("PII")[1]

---

[1] "PII" includes, but is not necessarily limited to, the information identified in Fed. R. Crim. P. 49.1(a) and includes full names, dates of birth, Social Security numbers (or other identification information), financial account information (including account numbers), tax information, driver's license numbers, addresses, telephone numbers, locations of residences or employment, medical records, school records, juvenile criminal records, and other confidential information. The government has endeavored to redact PII as appropriate, but the parties acknowledge and agree that this will not always be possible, and that in some instances un-redacted PII may be necessary to the defense.

DISCOVERY PROTECTIVE ORDER - 1
*U.S. v. Christerfer Frick, 2:21-cr-00110-RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

obtained during the investigation, either via Grand Jury subpoena and/or during the execution of search warrants, including but not limited to personal information about defendant and third parties (such as photographs, including sexually suggestive photographs of family members, defendant, and/or witnesses) and other sensitive information obtained from the search of social media, cellular telephones, and other digital devices seized during the investigation (collectively, the "Protected Material"). All financial records (including phone, utility, and financial information for third parties), federal tax records, cellular telephone downloads, Grand Jury transcripts, and summaries of financial records provided during discovery will be considered Protected Material without further designation by the Government.

2. Other information believed by the Government to be Protected Material will be so designated by the Government. Said material may include, but is not limited to, information related to witnesses and third parties, criminal history reports, and related *Giglio* impeachment materials.

3. **Production of Protected Material to the Defense.** The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team"). The attorneys of record are required, prior to disseminating any copies of the Protected or Sensitive Materials to members of the defense team, to provide a copy of this Protective Order to members of the defense team, and obtain written consent by members of the defense team of their acknowledgment to be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless reasonably requested by the Assistant United States Attorney and ordered by the Court.

4. **Review of Protected Material by Defendant.** The attorneys of record and members of the defense team may share and review the Protected Material with the

DISCOVERY PROTECTIVE ORDER - 2
*U.S. v. Christerfer Frick, 2:21-cr-00110-RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendant.  If the Defendant is residing at the Federal Detention Center (FDC), he will be permitted to review the Protected Material, consistent with the regulations established by the BOP, with or without counsel in a controlled environment at the Federal Detention Center (FDC), but will be prohibited from printing out, copying, or disseminating the discovery.  If the Defendant continues on pretrial release, he will be permitted to review the Protected Material at the offices of his counsel, but will be prohibited from printing out, copying, or disseminating the discovery.

5. **Limits on Dissemination of Protected Materials.**  The attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to the Defendant and other persons.  This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to members of the United States Attorney's Office, federal law enforcement agencies, witnesses, and the Court and defense as necessary to comply with the government's discovery obligations.

6. **Future Production of Additional Protected Materials.**  Additional types of discovery items may be deemed by the parties to constitute Protected Material upon agreement, or (if no agreement can be reached) by further order of the Court.

7. **No Waiver.**  Nothing in this order should be construed as imposing any substantive discovery obligations on the government that are different from those imposed by law.  The failure to designate any materials as provided in paragraph 2 shall not constitute a waiver of a party's assertion that the materials are covered by this Protective Order.

8. **Use of Protected Material in Court.**  Any Protected or Sensitive Material that is filed with the Court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.

DISCOVERY PROTECTIVE ORDER - 3
*U.S. v. Christerfer Frick, 2:21-cr-00110-RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 The parties are required to comply in all respects with the relevant local and federal rules
2 of criminal procedure pertaining to the sealing of court documents.

3     9.    **Non-Termination.**  The provisions of this Order shall not terminate at the
4 conclusion of this prosecution.  Furthermore, at the close of this case, defense counsel
5 shall return the Protected Material, including all copies of the Protected Material, to the
6 office of the United States Attorney, or otherwise certify that the material has been
7 destroyed.

8     10.    **Violation of Order.**  Any person who willfully violates this order may be
9 held in contempt of court and may be subject to monetary or other sanctions as deemed
10 appropriate by this Court.

11     11.    **Modification of Order.**  Nothing in this Stipulation shall prevent any party
12 from seeking modification of this Protective Order or from objecting to discovery that it
13 believes to be otherwise improper.  The parties agree that in the event that compliance
14 with this Order makes it difficult for defense counsel to adhere to their Sixth Amendment
15 obligations, or otherwise imposes an unworkable burden on counsel, defense counsel
16 shall bring any concerns about the terms of the Order to the attention of the government.
17 The parties shall then meet and confer with the intention of finding a mutually acceptable
18 solution.   In the event that the parties cannot reach such a solution, defense counsel shall
19 have the right to bring any concerns about the scope or terms of the Order to the attention
20 of the Court by way of a motion.

21     12.    **Agreement to Provide Copies of Protected Material to Defendant.** Upon
22 agreement of counsel for the Government, members of the defense team may provide
23 copies of specific Protected Material, or redacted versions of such material, to the
24 Defendant.  When seeking the Government's agreement to give such a copy to the
25 Defendant, members of the defense team will identify with reasonable particularity,
26 including (where available) the specific bates numbered pages and/or recording
27 descriptions, the specific material defense counsel proposes to give to the Defendant.
28 Unless expressly stated otherwise by the Government, copies of Protected Material to be

DISCOVERY PROTECTIVE ORDER - 4
*U.S. v. Christerfer Frick, 2:21-cr-00110-RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

provided to the Defendant will continue to be Protected Material subject to all of the protections of the Court's Order, with the sole exception that a copy can be given only to the Defendant (and not shared with anyone else outside the defense team). If counsel for the Government and counsel for the Defendant cannot reach agreement on whether particular portions of the Protected Material or redacted versions of Protected Material should be given to the Defendant under these conditions, defense counsel may raise the issue with the Court by way of a motion.

13. **No Ruling on Discoverability or Admissibility.** This Protective Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

14. **No Ruling on Timing of Production.** This Protective Order does not require the Government to provide particular discovery at a time or in a fashion inconsistent with applicable law.

The Clerk of the Court is directed to provide a filed copy of this Protective Order to the Coordinating Discovery Attorney and all counsel of record.

DATED this 8th day of February, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

DISCOVERY PROTECTIVE ORDER - 5
*U.S. v. Christerfer Frick, 2:21-cr-00110-RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970