The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:21-cr-00110-RAJ |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| CHRISTERFER FRICK, | |
| Defendant. | |

THIS MATTER comes before the Court upon the oral motion by defense counsel to continue the trial date, which is opposed by the government. Having considered the facts and circumstances as set forth during the hearing conducted on February 17, 2023, which are incorporated herein by reference and adopted as findings of fact, for the reasons set forth on the record,

THE COURT FINDS, for all of the reasons set forth by defense counsel, that the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that a continuance of the trial date serves the ends of justice and outweighs the best interests of the public and the defendant in a more speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(4) and (h)(7)(A) and (B).

THE COURT FURTHER FINDS that proceeding to trial before the defendant is physically capable of standing trial could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant to obtain the necessary medical care to be physically capable of standing trial and to be fully prepared for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that Defendant's oral motion is GRANTED. The trial date is continued from March 20, 2023 to June 20, 2023.

IT IS FURTHER ORDERED that the period of time from the date of this Order, up to and including the new trial date of June 20, 2023, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 17th day of February, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge