The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>CHRISTERFER FRICK,<br><br>                Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

THIS MATTER comes before the Court upon Defendant Christerfer Frick's Unopposed Motion to Continue Trial Date. Having considered the motion, and the files and pleadings herein,

THE COURT FINDS, for all of the reasons set forth in the motion, that the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that a continuance of the trial date serves the ends of justice and outweighs the best interests of the public and the defendant in a more speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(4) and (h)(7)(A) and (B).

THE COURT FURTHER FINDS that proceeding to trial before the defendant is physically capable of standing trial could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Taking into account the exercise of due diligence, a continuance is

1 necessary to allow the defendant to obtain the necessary medical care to be physically
2 capable of standing trial and to be fully prepared for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).
3         IT IS THEREFORE ORDERED that Defendant's motion (Dkt. 160) is
4 GRANTED.  The trial date is continued from June 20, 2023 to November 6, 2023.
5         IT IS FURTHER ORDERED that the period of time from the date of this Order,
6 up to and including the new trial date of November 6, 2023, shall be excludable time
7 under 18 U.S.C. § 3161(h)(7)(A).

9         DATED this 31st day of May, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge