Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTERFER FRICK,<br><br>Defendant. | CASE NO. CR21-110RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBITS A THROUGH E IN SUPPORT OF DFENDANT'S MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the court on Defendant's Motion to Seal Exhibits A

through E in Support of Defendant's Motion to Continue Trial Date.  For the reasons

stated therein and based on the court's review of the documents, it is hereby

ORDERED that Defendant's Motion to Seal Exhibits A through E in Support of

Defendant's Motion to Continue Trial Date (Dkt. 183)  is GRANTED.

DATED this 13th day of October, 2023.


_____

HON. RICHARD A. JONES
United States District Judge

'
Presented by:
/S/  Paula T. Olson
Paula T Olson, WSB#11584
Attorney for Defendant Frick

ORDER GRANTING DEFENDANT'S MOTION TO SEAL - 1

LAW OFFICE OF PAULA T. OLSON
4020 NO. VASSAULT ST.
TACOMA, WASHINGTON 98407
(253) 777-5716