JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>CHRISTERFER FRICK,<br><br>           Defendant. | No. CR21-110RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the court for oral argument of Defendant Christerfer Frick's Motion for a Continuance of the Trial Date. The court has considered the arguments in support of and in opposition to the motion and the file herein.

The court finds that the defendant needs additional time to recover from a new medical issue to the extent he is again able to assist his attorneys in the preparation for trial.

Based upon the findings of fact set forth by the Court at today's hearing, which are hereby incorporated by reference, the Court concludes that a continuance is warranted under 18 USC §3161(h)(4). Further, the ends of justice served by a continuance of this matter from November 6, 2023 outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could result in a miscarriage of justice. 18 U.S.C. §

ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL DATE – Page 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com

3161(h)(7)(B)(i).  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation for her defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

       Therefore, it is hereby

       ORDERED that the Defendant Christerfer Frick's Motion to Continue the Trial Date is GRANTED.  The Trial Date is continued to January 29, 2024.

       It is further

       ORDERED that the time from the current trial date of November 6, 2023, until the new trial date of January 29, 2024 shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

       DATED this  16th day of October 2023.

*[signature: Richard A. Jones]*

RICHARD A. JONES  
United States District Judge

Presented by:

   /S/ Paula T. Olson  
PAULA T. OLSON, WSBA#11584  
Attorney for Defendant Christerfer Frick

Approved as form:

/s/Michael Dion; David Martin  
MICHAEL DION  
DAVID MARTIN  
Assistant U. S. Attorneys

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE – Page 2

LAW OFFICE OF PAULA T. OLSON  
4020 North Vassault Street  
Tacoma, Washington 98407  
(253) 777-5716-Tel  
olsonlaw@nventure.com