JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>CHRISTERFER FRICK,<br><br>                Defendant. | No. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING UNOPPOSED AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE |

THE COURT having considered Defendant Christerfer Frick's Unopposed Amended Motion to Modify Conditions of Release, and being fully advised, hereby

ORDERS that the motion is **GRANTED**. The conditions of release originally set forth in the Appearance Bond entered on December 14, 2022, shall be **MODIFIED** to allow Defendant Christerfer Frick to attend Christmas Eve festivities at his sister in-law's home located at 27334 Village Place NW, Stanwood, Washington, on December 24, 2023, from 1:00 pm to 7:00 pm.

DATED this 21st day of December, 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

**LAW OFFICE OF PAULA T. OLSON**
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com