Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>CHRISTERFER FRICK,<br><br>                        Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Christerfer Frick's Motion to Continue Sentencing Date (Dkt. 223). Having considered the motion, the Government's response, and the files and pleadings herein,

IT IS ORDERED that the Motion is **DENIED**. Sentencing shall proceed as scheduled on April 12, 2024, at 10:00 a.m. The Court, however, is amenable to a motion to extend the date by which Defendant must report to the Bureau of Prisons to begin serving his sentence.

DATED this 4th day of April, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1