Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRISTERFER FRICK,<br><br>          Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND REPORT TO CUSTODY DATE |

THIS MATTER comes before the Court on Defendant's Motion to Extend Report to Custody Date. Dkt. 252. Having considered the motion, the government's brief in response, Defendant's reply, and the files and pleadings herein, it is hereby

ORDERED that Defendant's Motion to Extend Report to Custody Date (Dkt. 252) is GRANTED. Defendant Christerfer Frick shall report to custody no later than Tuesday, October 1, 2024.

DATED this 23rd day of August, 2024.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO EXTEND REPORT DATE - 1

LAW OFFICE OF PAULA T. OLSON
4020 NO. VASSAULT ST.
TACOMA, WASHINGTON 98407
(253) 777-5716