Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTERFER FRICK,<br><br>Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

THIS MATTER comes before the Court on Defendant's Motion to Seal Exhibit A in Support of Defendant's Motion to Extend Report to Custody Date. Dkt. 253. Having considered the motion, and the files and pleadings herein, and for good cause shown, it is hereby

ORDERED that Defendant's Motion to Seal Exhibit A in Support of Defendant's Motion to Extend Report to Custody Date (Dkt. 253) is GRANTED.

DATED this 23rd day of August, 2024.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge