Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTERFER FRICK,<br><br>  Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Christerfer Frick's Motion to Modify Conditions of Amended Appearance Bond. Dkt. 249. Having considered the motion, the Government's response, and the files and pleadings herein,

IT IS ORDERED that the Motion is **DENIED**.

DATED this 28th day of August, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1