Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTERFER FRICK, <br><br> Defendant. | NO. 2:21-cr-00110-RAJ <br><br> ORDER ON DEFENDANT'S SECOND MOTION TO EXTEND REPORT DATE |

THIS MATTER comes before the Court on Defendant Christerfer Frick's Second Motion to Extend Report Date. Having reviewed the motion, the government's opposition, Defendant's reply, and the files and pleadings herein, it is hereby

ORDERED that Defendant's Second Motion to Extend Report Date is GRANTED IN PART and DENIED IN PART. The Court declines to extend the report date for the length of time requested by Defendant. Defendant shall report to custody to begin serving his sentence no later than Friday, March 14, 2025, with all surgical procedures, medical appointments, and rehabilitation as outlined in the briefing to be completed before that date.

///
///
///
///

ORDER ON DEFENDANT'S MOTION
TO EXTEND REPORT DATE - 1

Absent extraordinary circumstances, the Court will not grant a further extension of Defendant's report date. Further delays related to Defendant's medical care and treatment as set forth in the briefing will not constitute extraordinary circumstances.

DATED this 24th day of September, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S MOTION
TO EXTEND REPORT DATE - 2