HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CHRISTERFER FRICK,<br><br>                Defendant. | No. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

The Court having considered Defendant's Unopposed Motion to Modify Conditions of Release and being fully advised, hereby

ORDERS that the Motion (Dkt. 270) is GRANTED. The conditions of release set forth in the Amended Appearance Bond entered on January 20, 2023, shall be MODIFIED to allow Defendant Christerfer Frick to attend Thanksgiving dinner and festivities at his sister in-law's home located at 27334 Village Place NW, Stanwood, Washington, on Thursday, November 28, 2024, from 3:00 pm to 8:00 pm.

DATED this 25th day of November, 2024.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com