The Honorable Richard A. Jones

1

2

3

4

5

6            UNITED STATES DISTRICT COURT FOR THE
             WESTERN DISTRICT OF WASHINGTON
7                          AT SEATTLE

8    UNITED STATES OF AMERICA,                  NO. 2:21-cr-00110-RAJ

9                          Plaintiff,

10              v.                               ORDER

11   CHRISTERFER FRICK,

12                         Defendant.

13

14          THIS MATTER comes before the Court upon Defendant Christerfer Frick's

15   Motion to Modify Conditions of Amended Appearance Bond (Dkt. 273), Motion to Stay

16   Detention Pending Appeal (Dkt. 275), and Third Motion to Extend Report to Custody

17   Date (Dkt. 276).  The Court having considered Defendant's motions, the Government's

18   omnibus response brief (Dkt. 277), Defendant's omnibus reply brief (Dkt. 278), and

19   being fully advised, hereby ORDERS as follows:

20          1.      Defendant's Motion to Modify Conditions of Amended Appearance Bond

21   (Dkt. 273) is GRANTED IN PART and DENIED IN PART.  Defendant is permitted to

22   travel to Bellevue Rare Coins in Lynnwood, Washington, for the limited purpose of

23   showing receipt of his purchase of the coins and providing his identification as the

24   purchaser of the coins.  Defendant's request to travel to Glacier West Self Storage in

     Marysville, Washington, is DENIED.
25
            2.      Defendant's Motion to Stay Detention Pending Appeal (Dkt. 275) is
26
     DENIED.
27

ORDER – 1

1        3.      Defendant's Third Motion to Extend Report to Custody Date is GRANTED

2    for an additional 60 days to May 14, 2025.

3

4        DATED this 3rd day of February, 2025.

5

6    _____

7        The Honorable Richard A. Jones
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER – 2