Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTERFER FRICK,<br><br>Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER ON DEFENDANT'S FOURTH MOTION TO EXTEND REPORT DATE |

THIS MATTER comes before the Court on Defendant Christerfer Frick's Fourth Motion to Extend Report Date. Having reviewed the motion, the government's opposition, and the files and pleadings herein, it is hereby

ORDERED that Defendant's Fourth Motion to Extend Report Date (Dkt. 282) is **DENIED**. Defendant shall report to serve his custodial sentence as directed.

DATED this 14th day of May, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge