Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTERFER FRICK,<br><br>　　　　　　Defendant. | NO. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBITS B, E, AND F TO MOTION FOR COMPASSIONATE RELEASE |

THIS MATTER comes before the Court on Defendant's Motion to Seal Exhibits B, E, and F in Support of Defendant's Motion for Compassionate Release. For the reasons stated therein and based on the Court's review of the documents, due to the sensitive nature of the exhibits, it is hereby

ORDERED that Defendant's Motion to Seal Exhibits B, E, and F in Support of Defendant's Motion for Compassionate Release (Dkt. 292) is GRANTED.

DATED this 2nd day of December, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge