The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTERFER FRICK,<br><br>Defendant. | NO.  2:21-cr-00110-RAJ<br><br>ORDER GRANTING UNITED STATES' AGREED MOTION TO EXTEND TIME TO FILE RESPONSE |

The Court, having reviewed the agreed motion of the United States to extend by fourteen days the time to file a response to Defendant's motion for a reduction in sentence, hereby states that IT IS ORDERED that the agreed motion (Dkt. 297) is GRANTED.  The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before January 16, 2026.  Defendant's Reply, if any, shall be filed by January 21, 2026, and the motion shall be re-noted for January 21, 2026.

DATED this 10th day of December, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' AGREED
MOTION TO EXTEND TIME TO FILE A RESPONSE - 1
*United States v. Frick*, 2:21-cr-00110-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970