The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

CHRISTERFER FRICK,

Defendant.

NO.  2:21-cr-00110-RAJ

ORDER GRANTING MOTION
TO SEAL DOCUMENT

Having considered the Government's unopposed Motion to Seal Exhibit 1 to the Government's response to Defendant's motion for compassionate release, and the balance of the record, and due to the sensitive medical information contained in the exhibit, it is hereby

ORDERED that the Government's unopposed Motion to Seal (Dkt. 300) is GRANTED.  Exhibit 1 to the Government's response to Defendant's motion for compassionate release shall remain sealed.

DATED this 20th day of January, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Frick*, 2:21-cr-00110-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970