Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTERFER FRICK,

Defendant.

NO. 2:21-cr-00110-RAJ

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

THIS MATTER comes before the Court on Defendant's Unopposed Motion for an Extension of Time to File a Reply to the United States' Response to Defendant's Motion for Compassionate Release. For the reasons stated therein, the agreement of the United States, and the Court's review of the file, it is hereby

ORDERED that Defendant's Unopposed Motion for an Extension of Time to File a Reply to the United States' Response to Defendant's Motion for Compassionate Release (Dkt. 303) is GRANTED. Defendant Christerfer Frick shall file his reply no later than January 29, 2026. Defendant's Motion for Compassionate Release (Dkt. 291) shall be re-noted for January 29, 2026.

DATED this 20th day of January, 2026.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR EXTENSION OF TIME TO FILE REPLY - 1

LAW OFFICE OF PAULA T. OLSON
4020 NO. VASSAULT STREET.
TACOMA, WASHINGTON 98407
(253) 777-5716