The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                                    Plaintiff,

        v.

CHRISTERFER FRICK,

                                    Defendant.

NO. 2:21-cr-00110-RAJ

ORDER GRANTING
MOTION TO SEAL

THIS MATTER comes before the Court upon Defendant Christerfer Frick's Motion to Seal the Declaration of Jamie Frick and attached Exhibits 1, 2, 3 and 4 in support of Defendant's Reply to Defendant's Motion for Compassionate Release.  Having considered the Motion to Seal, and because of the nature of the information contained in the referenced declaration and exhibits, the Court finds good cause to GRANT the Motion (Dkt. 306).

It is hereby ORDERED that the Declaration of Jamie Frick and attached Exhibits 1, 2, 3 and 4 in support of Defendant's Reply to Defendant's Motion for Compassionate Release shall remain sealed.

DATED this 30th day of January, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1