Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTERFER FRICK,<br>Defendant. | Case NO. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT A IN SUPPORT OF DFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

THIS MATTER comes before the Court on Defendant's Motion to Seal Exhibit A in Support of Defendant's Motion to Modify Conditions of Release. Dkt. 313. For the reasons stated therein and based on the Court's review of the documents, it is hereby

ORDERED that Defendant's Motion to Seal is GRANTED. Exhibit A in Support of Defendant's Motion to Modify Conditions of Release shall remain sealed.

DATED this 12th day of August, 2026.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge