Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTERFER FRICK, Defendant. | No. 2:21-cr-00110-RAJ<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

THIS MATTER comes before the Court on Defendant Christerfer Frick's Motion to Modify Conditions of Release. Dkt. 312. Having considered the motion, the government's response, United States Probation's response, and the files and pleadings herein, it is hereby

ORDERED that the Defendant's motion is GRANTED. The conditions of release originally set forth in the Court's Order Granting Motion for Compassionate Release, Dkt. 310, entered on March 16, 2026, shall be MODIFIED to eliminate the requirement of Electronic Home Monitoring (EHM) and curfews.

DATED this 13th day of August, 2026.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge



**LAW OFFICE OF PAULA T. OLSON**
**1801 North Mildred Street**
**Tacoma, Washington 98406**
**(253) 777-5716-Tel**
**olsonlaw@nventure.com**